JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SALAZAR, individually and on behalf of other persons similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>YUSEN LOGISTICS (AMERICAS) INC., an active New York Corporation; STAFFMARK INVESTMENT LLC, an active Delaware Limited Liability Company, and DOES 1 through 10,<br>        Defendants. | Case No.: 2:21-cv-08664 RGK (PD)<br>CLASS ACTION<br><br>[*Assigned to Hon. R. Gary Klausner*]<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Action Filed: August 26, 2021<br>Action Removed: November 3, 2021<br>Trial Date: None |

    THE COURT, having received and reviewed the Parties' Joint Stipulation to Dismiss Action hereby GRANTS the Request.

    IT IS HEREBY ORDERED that, pursuant to the Joint Stipulation of the Parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the entire action is dismissed without prejudice.

Date: January 27, 2022

_____
Hon. R. Gary Klausner
United States District Court Judge